# ANASTOPOULO LAW FIRM

## IN RE: US FERTILITY, LLC DATA SECURITY LITIGATION

| North Carolina | South Carolina | California |
|---|---|---|
| Wilmington, Charlotte | Charleston, N. Charleston<br>Columbia, Greenville<br>Florence, Myrtle Beach | Los Angeles |

# Statement of Firm Resources

In 2020 alone, the Anastopoulo Law Firm recovered over $60,000,000 on behalf of its clients. The Anastopoulo Law Firm employs over 100 dedicated legal professionals, including 25+ attorneys. In addition, the Anastopoulo Law Firm is among the remaining few firms nationally that regularly tries cases to verdict. The Anastopoulo Law Firm has never utilized third party litigation funding and is committed to self-funding all of its cases on behalf of its clients.

# Class and Mass Action Experience

Anastopoulo Law Firm represented over 500 potential claimants in the In Re: Vioxx Products Liability Litigation, 2:05-md-01657-EEF-DEK. Likewise, the Firm represented over 1,000 claimants in the In Re Baycol Prods.. Liab.. Litig., MDL No. 1431, Case No. 02-0160 (MJD/SRN) and State Actions Consolidated Under THE CIRCUIT COURT OF THE THIRD JUDICIAL CIRCUIT Master File No.: 2002-CP-43-1041, where Mr. Anastopoulo served as lead counsel on two state bellwether cases.

Mr. Anastopoulo also served as joint lead counsel on multiple state cases that were eventually consolidated to a state class action regarding In Re OxyContin Products Liability Class Action, and served as sole lead counsel in South Carolina's first opioid state action, Ken Love, et al Civil Action No.: O1-CP-38-1059 (SC) vs. Purdue Pharma A, L.P, et. al.

Mr. Anastopoulo also served on the Daubert Submissions committee for the Thimerosal Litigation MDL and represented hundreds of individual clients in In Re Diet Drugs (Phentermine, Fenfluramine, Dexfenfluramine) Prods. Liab. Litig., 2000 U.S. Dist. LEXIS 12275, *47-48 (D. Pa. 2000).

# **Proposed Lead Counsel**

  

**Eric M. Poulin**
**Education**
Presbyterian College, B.S.
Charleston School of Law, J.D., *magna cum laude*

**Roy T. Willey IV**
**Education**
Harvard College, B.A.
Charleston School of Law, J.D., *cum laude*

Eric Poulin and Roy T. Willey IV are accomplished advocates, despite both being under 40-years of age. In the last year alone, they have been appointed interim or lead counsel in ten class-actions including two pending in the District Court for the District of Columbia along with liaison counsel proposed here: *Quereshi v. American University*, 1:20-cv-01141-CRC (D.D.C.); and *Montesano v. Catholic University of America*, 1:20-cv-01496 (D.D.C.).

Both have tried multiple cases to verdict, resulting in over $60,000,000.00 in jury verdicts, in addition to settlement of hundreds of cases. For their work, they have both been named among Super Lawyers Rising Stars, National Trial Lawyers' Top 40 Under 40, and Top 100 U.S. Verdicts among other national recognition.

Eric is licensed in California, George, North Carolina, and South Carolina, together with many Federal District Courts.

Roy is the Chairman of the Insurance Law Section for the American Association of Justice (AAJ), a national co-chair of AAJ's Business Interruption Litigation Taskforce, and the state Chairman of South Carolina Equality (which is responsible for winning legalization of same-sex marriage in South Carolina). On the local level he serves on the executive board of his local Charleston County Bar Association and a host of other non-profit boards and committees.

In recoveries for clients, Eric and Roy have won a jury verdicts named among the largest verdicts in the nation, are multi-year winners of top verdicts in South Carolina where they regularly try complex cases, and are most at home in a courtroom.

# Proposed Liaison Counsel



### Frederick A. Douglas

**Education**
Fordham University, B.A., *cum laude*
New York University School of Law

      Frederick A. Douglas focuses on trial and appellate litigation. During his 47 years as a practicing attorney, Mr. Douglas has been lead trial counsel in more than 250 trials in the federal and state courts. He has argued more than 40 appeals before federal and state appellate courts on both criminal and civil matters. Mr. Douglas is AV® Preeminent™ Peer Review Rated by Martindale-Hubbell®, the definitive guide to the most distinguished lawyers in America.

---

### Curtis A. Boykin

**Education**
Michigan State University, B.A.
The George Washington University School of Business & Public Management
The George Washington University National Law Center

      Mr. Boykin has broad experience in commercial and employment litigation, lobbying, government contracts, and family law. He has represented numerous local government authorities, as well as private businesses and individuals, in the firm's government contracts, administrative law, municipal finance, and commercial litigation matters. This includes cases involving corporate, franchise and insurance law. Mr. Boykin has represented clients before federal, state, and District of Columbia administrative agencies.

      In the last year, Mr. Douglas and Mr. Boykin have been appointed liaison counsel on two class actions with the above lead counsel pending in the District Court for the District of Columbia: *Quereshi v. American University*, 1:20-cv-01141-CRC (D.D.C.); and *Montesano v. Catholic University of America*, 1:20-cv-01496 (D.D.C.).